UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL ARDOIN (#121576)

VERSUS

WILLIE GRAVES, ET AL

CIVIL ACTION

NUMBER 08-690-RET-SCR

## RULING

The court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation (doc. 12) of United States Magistrate Stephen C. Riedlinger dated April 27, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's Motion to Dismiss (doc. 17) is hereby granted. The claims against L.P. Kanisha and R.N. Norma Jean shall be dismissed for failure to prosecute pursuant to Rule 4(m).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 5, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA