UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MICHAEL ARDOIN (#121576)

VERSUS

WILLIE GRAVES, ET AL

CIVIL ACTION

NUMBER 08-690-RET-SCR

## JUDGMENT

For written reasons assigned and filed herein;

IT IS ORDERED ADJUDGED AND DECREED that plaintiff's claims against defendant, Willie Graves, are hereby dismissed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against L.P. Kanisha and R.N. Norma Jean are hereby dismissed for failure to prosecute pursuant to Rule 4(m).

Baton Rouge, Louisiana, June 5, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA